**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NICOLE MURPHY,<br><br>        Plaintiff,<br><br>    vs.<br><br>GERBER LIFE INSURANCE COMPANY,<br><br>        Defendants. | CASE NO:  8:24-cv-02465-CAS-JDEx<br><br>Hon. Christina A. Snyder<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: November 12, 2024 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: November 10, 2025

*Christina A. Snyder*
Hon.  Christina A. Snyder
United States District Judge

Kantor & Kantor LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

1
[PROPOSED] ORDER OF DISMISSAL